# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARANJIT SINGH,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N. A.,<br><br>Defendant. | Case No.  1: 25-CV-01212-FRS (SAB)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO CLOSE THE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 16) |

On September 15, 2025, Plaintiff Taranjit Singh filed this action against Defendant Wells Fargo Bank, N.A.  (ECF No. 1.)  On December 19, 2025, Defendant filed an answer.  (ECF No. 11.)  On February 24, 2026, the parties filed a stipulation of voluntary dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 16.)

Rule 41(a)(1)(A)(ii) "provides for dismissal by filing a stipulation of dismissal signed by all parties who have appeared in the action." Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994); Kelly v. Wengler, 822 F.3d 1085, 1095 (9th Cir. 2016).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc. v. Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999).  In light of the stipulation of the parties, this action has been terminated and has been dismissed without prejudice as to all claims and causes of action, Fed. R. Civ.

1

P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), with each party bearing that party's own attorney's fees and costs.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **February 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2